IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARK TARGOWSKI**                                                                 **PLAINTIFF**

**VS.**                               **1:16-cv-00148-BRW**

**INDEPENDENCE COUNTY,** *et al.*                                                  **DEFENDANTS**

## ORDER

For the same reasons set out in the May 8, 2017 Order,[1] Defendant Larry Woods's Motion to Dismiss (Doc. No. 50) is GRANTED.

IT IS SO ORDERED this 25th day of July, 2017.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 49.

1