**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

**MARK TARGOWSKI**                                                              **PLAINTIFF**

**VS.**                            **1:16CV00148-BRW**

**ZACHARY LEE RAWLINS**
                                                                   **DEFENDANT**

## JUDGMENT ON JURY VERDICT

This action came on for trial July 31, 2018, before the Court and a jury, the Honorable Billy Roy Wilson, United States District Judge, presiding. At the conclusion of the evidence, the issues having been duly tried, and after deliberating thereon, the jury returned a verdict on August 1, 2018 in favor of the Defendant, Zachary Lee Rawlins.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Mark Targowski take nothing on his complaint against the Defendant, Zachary Lee Rawlins and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 1st day of August, 2018.

                                                       /s/Billy Roy Wilson
                                   UNITED STATES DISTRICT JUDGE